```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

Nazae Blanche,

                 Defendant.

------------------------------------------------------------------------X

19 cr. 166 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Friday, December 6, 2019, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:     New York, New York
            December 3, 2019

_____
VALERIE CAPRONI
United States District Judge