USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-                                          19-CR-166 (VEC)

NAZAE BLANCHE,                              ORDER

                Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 6, 2019, the parties appeared for a change of plea hearing with this Court; and

WHEREAS at the December 6, 2019 conference, Defendant entered a plea of guilty to a lesser included offense in Count 2 of the Indictment; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED THAT sentencing is scheduled for **April 15, 2020 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. Sentencing submissions from both sides are due not later than **April 1, 2020**.

**SO ORDERED.**

Date: **December 6, 2019**
      **New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**