**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/27/2020__

March 25, 2020

*Via* **ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>*United States v. Nazae Blanche,* 19 Cr. 166 (VEC)</u>

Dear Judge Cote:

I represent Nazae Blanche in the above-referenced matter. Mr. Blanche is scheduled to be sentenced by the Court on April 15, 20120  I write, with the consent of the government, to request a two-month adjournment of his sentencing. This is the first request for an adjournment of Mr. Blanche's sentencing. The requested adjournment would allow the undersigned, and the mitigation specialist working with the defense, additional time to prepare Mr. Blanche's sentencing submission. I note that the COVID-19 pandemic has significantly hampered our ability to obtain the necessary documents and information necessary for the sentencing submission. Accordingly, I respectfully request that Your Honor adjourn Mr. Blanche's sentencing for two months. Thank you for your consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

cc:    all counsel of record (*via* ECF)

Application GRANTED. Sentencing for Mr. Blanche is adjourned to **June 15, 2020, at 3:00 p.m.** The parties' sentencing submissions are due no later than **June 1, 2020**.

SO ORDERED.

*Valerie Caproni* 3/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com