# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/29/2020___

May 28, 2020

*Via* ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Nazae Blanche,* 19 Cr. 166 (VEC)

Dear Judge Caproni:

I represent Nazae Blanche in the above-referenced matter.  Mr. Blanche is scheduled to be
sentenced by the Court on June 15, 20120.  I write, with the consent of the government, to
request a two-month adjournment of his sentencing.  This is the second request for an
adjournment of Mr. Blanche's sentencing.  The requested adjournment would allow the
undersigned, and the mitigation specialist working with the defense, additional time to prepare
Mr. Blanche's sentencing submission.  I note that the COVID-19 pandemic has prevented us
from meeting with Mr. Blanche and significantly hampered our ability to obtain the documents
and information necessary for the sentencing submission.  Accordingly, I respectfully request
that Your Honor adjourn Mr. Blanche's sentencing for two months.  Thank you for your
consideration.

Respectfully submitted,

        /s/

Valerie A. Gotlib

cc:     all counsel of record (*via* ECF)

Application GRANTED.  Sentencing for Mr.
Blanche is adjourned to J**uly 31, 2020, at 2:00
p.m.** The parties' submissions are due no later than
**July 17, 2020**. If attorney visits have not resumed
before July 1, 2020, Defendant may renew his
application for an adjournment.

SO ORDERED.

*Valerie Caproni* 5/29/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com