**MEMO ENDORSED** 

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/15/2020

July 15, 2020

*Via* ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Nazae Blanche,* 19 Cr. 166 (VEC)

Dear Judge Caproni:

I represent Nazae Blanche in the above-referenced matter.  Mr. Blanche is scheduled to be sentenced by the Court on July 31, 2020.  I write, with the consent of the government, to request that his sentencing be adjourned until the first week of October.  This is the third request for an adjournment of Mr. Blanche's sentencing.  The requested adjournment would allow the undersigned, and the mitigation specialist working with the defense, additional time to prepare Mr. Blanche's sentencing submission.  I note that the COVID-19 pandemic has prevented us from meeting with Mr. Blanche and significantly hampered our ability to obtain the documents and information necessary for the sentencing submission.  Accordingly, I respectfully request that Your Honor adjourn Mr. Blanche's until the first week of October.  Thank you for your consideration.

Respectfully submitted,

   /s/

Valerie A. Gotlib

cc:    All counsel of record (*via* ECF)

Application GRANTED.

Sentencing for Mr. Blanche is adjourned to **October 1, 2020, at 2:30 p.m.**  The parties' sentencing submissions are due no later than **September 17, 2020**.

The Court is unlikely to adjourn this date further.

SO ORDERED.

*/s/ Valerie Caproni*   7/15/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com