

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2020

September 17, 2020

*Via* ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Nazae Blanche,* 19 Cr. 166 (VEC)

Dear Judge Caproni:

I represent Nazae Blanche in the above-referenced matter. Mr. Blanche is scheduled to be sentenced by the Court on October 1, 2020. Sentencing submissions are to be filed today. I write, with the consent of the government, to request permission for the parties to file their sentencing submissions on September 19, 2020. The reason for this request is that my 88-year-old-father, whom my husband and I are full time caretakers for due to the COVID-19 pandemic, was taken to the emergency room yesterday and admitted to the hospital this morning. My attention to this personal matter has prevented me from finalizing Mr. Blanche's sentencing submission. I apologize for the lateness of this request and any inconvenience to the court. Thank you for your consideration.

Respectfully submitted,

   /s/

Valerie A. Gotlib

cc:    All counsel of record (*via* ECF)

Application GRANTED.

SO ORDERED.

*[signature]*
09/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com