USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

NAZAE BLANCHE,

                    Defendant.
------------------------------------------------------------ X

19-CR-166 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2022, Mr. Blanche, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c), Dkt. 434;

WHEREAS Mr. Blanche asserts in his motion that he previously moved the Court for the same relief on December 28, 2021, *id.* at 2, but the Court has no record of a prior motion;

IT IS HEREBY ORDERED that the Government must respond to Mr. Blanche's motion and file the last two years of Mr. Blanche's medical records as well as his full prison disciplinary and education records by no later than **Tuesday, November 15, 2022**. The medical records must be filed under seal; the other records must be filed on ECF. In its response, the Government must inform the Court whether Mr. Blanche has been fully vaccinated against COVID-19, including whether he has received all recommended booster shots.

IT IS FURTHER ORDERED that the Government must serve a copy of its response papers on Mr. Blanche at the address listed below. The Government must file proof of such service on the docket by no later than **Friday, November 18, 2022**.

IT IS FURTHER ORDERED that Mr. Blanche's reply, if he wishes to file one, must be filed on or before **Monday, December 19, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Nazae Blanche, 86403-054, Federal Correctional Institution, FCI Gilmer, 201 FCI Lane, A2-129, Glenville, W.V., 26351, and to note mailing on the docket.

**SO ORDERED.**

Date: **September 22, 2022**
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**