USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :
                                                     :
             -against-               :        19-CR-166 (VEC)
                                                   :
   NAZAE BLANCHE,                 :        <u>ORDER</u>
                                                   :
                      Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 1, 2020, Nazae Blanche ("Defendant") was sentenced principally to a term of imprisonment of fourteen years, *see* Judgment, Dkt. 226;

      WHEREAS on January 2, 2024, Defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Mot., Dkt. 459, which went into effect on November 1, 2023, and which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

      WHEREAS on January 25, 2024, the United States Probation Department reported that Defendant is not eligible for a sentence reduction because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence — precluding him from the status points reduction — nor did he have zero criminal history points — precluding him from the zero-point offender reduction, *see* Probation Report, Dkt. 460; and

      WHEREAS the Court has considered the record in this case;

      IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because neither the status points reduction nor the zero-point offender reduction applies to him. Defendant's motion is therefore DENIED.

1

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 459, to mail a copy of this Order to Mr. Blanche, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: January 29, 2024**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**