USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAZAE BLANCHE,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

1:19-CR-0166-03 (VEC)

1:26-CV-6551 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2255

VALERIE CAPRONI, United States District Judge:

The Court, having concluded that the motion, brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Not later than **Monday, October 5, 2026**, the U.S. Attorney's Office shall file an answer or other response to the motion. Movant shall have **30 days** from the date on which Movant is served with Respondent's answer or other response to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

**SO ORDERED.**

Dated: August 4, 2026
New York, New York

Valerie Caproni

VALERIE CAPRONI
United States District Judge